## Case No. 8,967.

### MAHON v. GRACE'S EX'RS.

[Cited in Bond v. Grace. Case No. 1,622. Nowhere reported; opinion not now accessible.]